# UNITED STATES BANKRUPTCY COURT

## Southern District of Florida (Miami)

| Name of Debtor(s) listed on the bankruptcy case<br><br>In re:<br><br>**Jolieth Cortez**<br><br>Debtor(s) | CASE NO.: 15-19717-AJC<br><br>CLAIM NO.: 2 |
|---|---|
| | **CHANGE OF MAILING/PAYMENT ADDRESS** |

This change of mailing address is requested by:   **Creditor**

**Old Address:**

    Name(s): Propel Financial 1, LLC,
             Propel Financial Services, LLC

    Mailing Address: 7990 IH 10 West, Suite 200
    City, State, Zip Code: San Antonio, Texas 78230

**New Address:**

    Mailing Address: PO Box 100350
    City, State, Zip Code: San Antonio, TX 78201

Date: 05/02/2018

_____
Martha Gallardo
Account Coordinator

Email: bankruptcy_pfs@propelfs.com